Michael F. Burkart, Trustee
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608
Tel: (916) 485-0412
E-mail: burkart@cwo.com



FILED

JUN 17 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

NOAN K. HUNT,

Debtor.

Case No. 03-27727-C-7

Chapter 7

(No hearing required)

NOTICE OF UNCLAIMED FUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Attached hereto is Trustee's Check No. 112, in the amount of $1,060.85, representing the surplus for the benefit of the Debtor, is the total of unclaimed surplus in the above-captioned Bankruptcy Estate which will create a zero balance in the Estate's Trust Account. Said funds are being paid over to the Court pursuant to Bankruptcy Rule 3011. The name and address of the debtor claimant entitled to said unclaimed funds is as follows:

| Claim No. | Name & Address of Claimant | Amount of the Claim Surplus | Amount of the Surplus Paid |
|---|---|---|---|
| Surplus | Noan K. Hunt (Debtor)<br>3655 Sunset Blvd., Apt. #87<br>Rocklin, CA 95677-3615 | $1,060.85 | $1,060.85 |

Respectfully submitted,

Dated: June 16, 2009

Michael F. Burkart, Chapter 7 Trustee

Page 1